

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00202-CR

Darrel Keith **PEAVY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR11517
Honorable Stephanie R. Boyd, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED July 28, 2021.

_____
Liza A. Rodriguez, Justice